BEFORE THE THIRD DIVISION, NOVEMBER 1, 1943

No. 48935.—Protests 846031–G, etc., of Chong Kee Jan & Co. et al. (San Francisco).

Opinion by CLINE, J. In accordance with stipulation of counsel bak hop, lotus nuts (hoi shin lien, hoi pak lin), sui sit, wai san (stick), sar sum (uncut), lo hon qua, yuen yuk, and mok qua were held entitled to free entry as claimed following *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372), and wai san (sliced), yuk chuk, and sar sum (cut) were held dutiable at 10 percent under paragraph 34, Tariff Act of 1930 or Tariff Act of 1922, as claimed, following said C. D. 372.

No. 48936.—Protests 767289–G, etc., of Bailey, Green & Elger (New York).

Opinion by CLINE, J. It was stipulated that the embossed metal buttons in question are similar in all material respects to those the subject of *United States* v. *Bailey* (30 C. C. P. A. 228, C. A. D. 237). Inasmuch as the merchandise in question was entered prior to the effective date of the trade agreement with Czechoslovakia (T. D. 49458) the lower rate referred to therein was held not applicable to the buttons in question. They were therefore held dutiable at 45 percent under paragraph 349 as claimed.

No. 48937.—Protests 56469–K, etc., of Columbia Co. et al. (San Francisco).

Opinion by CLINE, J. It was stipulated that the merchandise in question is the same in all material respects as that passed upon in *Quong Lee & Co.* v. *United States* (10 Cust. Ct. 23, C. D. 716). The record in that case was incorporated herein. In accordance therewith the protests were sustained to this extent.

No. 48938.—Protests 34719–K, etc., of Leo Feder & Son et al. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269. The protests were therefore sustained to this extent.